# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CLARENCE WATTS,<br><br>　　Plaintiff,<br><br>v.<br><br>MEDICAL DATA SYSTEMS, INC. and<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>　　Defendants. | §§§§§§§§§§§§§§<br><br>Case No. 6:23-cv-334-JDK |

## ORDER OF DISMISSAL

Plaintiff Clarence Watts has voluntarily dismissed with prejudice Defendants Medical Data Systems, Inc. (Docket No. 4) and Experian Information Solutions (Docket No. 5). Pursuant to these voluntary dismissals and Federal Rules of Civil Procedure 41(a)(1)(A)(i), all pending claims in this case are **DISMISSED** with prejudice.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **30th** day of **August, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE